**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID HATCHIGIAN** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-3551 |
| | : | |
| **JOHN J. WHELAN**, *et al*. | : | |

**ORDER**

This 10th day of September, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Recusal (ECF 18) is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge
