# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HATCHIGIAN** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-3551 |
| | : | |
| **JOHN J. WHELAN**, *et al*. | : | |

## ORDER

This 29th day of September, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motions to Dismiss (ECF 6, ECF 19) are **GRANTED**. Plaintiff's Motion for Leave to file an interlocutory appeal, ECF 24, and for an extension of time, ECF 26, are hereby rendered **MOOT**. The Clerk of Court is requested to mark this case **CLOSED**.

 /s/ Gerald Austin McHugh
United States District Judge